ORIGINAL

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
Pauahi Tower
1001 Bishop Street, Suite 2005
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO and JOHN or JANE DOES/DOE ENTITIES, <br><br> Defendants. | CIVIL NO. CV 04 00398 SOM LEK <br> (Civil Rights Violation) <br><br> **DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO'S SCHEDULING CONFERENCE STATEMENT PURSUANT TO LR 16.2(b); CERTIFICATE OF SERVICE** <br><br> No Trial Date Set |

F:Prince Kuhio/Pleadings/Sched Conf Statement

**DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO'S SCHEDULING CONFERENCE STATEMENT PURSUANT TO LR 16.2(b)**

Defendant ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO ("Defendant" or "PRINCE KUHIO") hereby submit the following disclosures hereby submit their Scheduling Conference Statement pursuant to LR 16.2(b):

I.   **STATEMENT OF NATURE OF CASE.**

The PRINCE KUHIO project contains 72 separate residential condominium units each of which is separately held in fee simple ownership. Each independent owner exercises full control over their respective condominium(s), subject only to the recorded declarations which require

residential usage. Several condominiums are owner-occupied. Others are rented under long term lease arrangements for varying periods of time. Finally, some owners rent out their unit(s) on a short term basis. PRINCE KUHIO does not condone nor prohibit rental, although the declaration does prohibit time share ownership.

PRINCE KUHIO exists for the sole purpose of maintaining and managing common elements within the condominium project in accordance with the recorded bylaws and applicable law. PRINCE KUHIO neither owns nor leases <u>any</u> real estate. PRINCE KUHIO has never advertised, solicited, nor offered accommodations to the public. The association does not own, lease, or operate any type business. The PRINCE KUHIO has absolutely no involvement in the rental of individual condominium units. None of the PRINCE KUHIO's common elements are open and available to the public, same being restricted under the bylaws for the sole use of owners and their guests. There is no on-site "rental counter" operated by the PRINCE KUHIO (or anyone else), and the general public cannot purchase access to the swimming pool or other amenities from the PRINCE KUHIO. The PRINCE KUHIO does not maintain any type of office on the premises, public or otherwise.

Any owner wishing to rent their unit is solely responsible for setting the terms and conditions, delivering keys, advertising and ensuring their tenants occupy the unit entirely in accordance with the residential bylaws and county zoning ordnances (the property is zoned R-20, Residential). The PRINCE KUHIO is aware that short term rentals may exist, although it has no involvement in the process and it compiles no statistics showing the percentage of short term rentals compared to units which are owner occupied or rented for long terms.

The above facts cannot reasonably be disputed. Plaintiff JULIETTE PASION ("Plaintiff") simply contends the collective group of owners should be treated as a "hotel" because some owners

rent out their condominiums on a short term basis. The PRINCE KUHIO (including many owner-occupants who do not rent their units) would then be required to fund modifications to common elements (and presumably individual unit interiors) as places of "public accommodation" under the ADA. Applicable statutes, case law, and guidance provided by the Department of Justice, however, dictate otherwise.

II. **STATEMENT OF JURISDICTION WITH CITED AUTHORITY FOR JURISDICTION AND DESCRIPTION OF FACTS CONFERRING VENUE.**

This court has jurisdiction pursuant to 28 U.S.C. § 1331 (a)(1) (federal question jurisdiction) and 28 U.S.C. § 1343(a)(4) (civil rights action). This case arises under federal statutes including 42 U.S.C. § 12101 et seq.. Jurisdiction in this Court over Plaintiff's allegations arise under the laws of the State of Hawaii and is appropriate under 28 U.S.C. Section 1367(a) as all claims herein arising under both federal and state law are so related that they form part of the same case or controversy. Venue is proper since all allegations by Plaintiff allegedly occurred in the State of Hawaii

III. **JURY TRIAL.**

No jury trial has been demanded by Plaintiff as no jury trial is permitted in this type of case.

IV. **APPROPRIATENESS, EXTENT AND TIMING OF DISCLOSURES PURSUANT TO FED.R.CIV.P. 26 AND LR 26.1 WHICH ARE NOT COVERED BY REPORT(S) FILED PURSUANT TO FED.R.P. 26(f).**

Parties have agreed that disclosures are necessary and desirable in this case.

V. **DISCOVERY COMPLETED, DISCOVERY IN PROGRESS, MOTIONS PENDING AND HEARING DATES.**

Initial disclosures have been made by parties. Defendant has propounded discovery requests. There are no pending motions in this matter before the Court.

VI. **APPROPRIATENESS OF ANY OF THE SPECIAL PROCEDURES OR MATTERS SPECIFIED IN FED.R.CIV.P. 16(c) AND LR 16.2 WHICH ARE NOT COVERED BY THE JOINT REPORT FILED PURSUANT TO FED.R.CIV.P. 26(f).**

Defendant is unaware of any special procedures or matters specified in Fed.R.Civ. 16(c) and LR 16.2 which are not covered by the Joint Report filed pursuant to Fed.R.Civ.26(f).

VII. **RELATED CASES KNOWN TO BE PENDING IN ANY STATE OR FEDERAL COURT.**

Defendant is unaware of any related cases known to be pending in any State of Federal Court

VIII. **ADDITIONAL MATTERS**

Defendant is unaware of any additional matters in this case.

Dated: Honolulu, Hawaii, January 4, 2005.

_____
PHILIP R. BROWN

Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. CV 04 00398 SOM LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO and JOHN or JANE DOES/DOE ENTITIES, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing document was duly served via e-mail and U.S. Mail to the following party at their last known address in the manner indicated below:

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813

Attorney for Plaintiff
JULIETTE PASION

Dated: Honolulu, Hawaii, January 4, 2005.

_____
PHILIP R. BROWN

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

F:Prince Kuhio/Pleadings/Sched Conf Stmnt                 1