ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2006

at _____ o'clock and _____ min. _M
SUE BEITIA, CLERK

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
Pauahi Tower
1001 Bishop Street, Suite 2005
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT<br>OWNERS OF PRINCE KUHIO and JOHN<br>or JANE DOES/DOE ENTITIES,<br><br>    Defendants. | CIVIL NO. CV 04 00398 SOM LEK<br>(Civil Rights Violation)<br><br>**DEFENDANT ASSOCIATION OF<br>APARTMENT OWNERS OF PRINCE<br>KUHIO'S INITIAL DISCLOSURES<br>PURSUANT TO FED. R. CIV. P. 26(a)(1)<br>AND LR26.1(a)(1)** |

F:Prince Kuhio/Pleadings/Initial Disclosures

## PLAINTIFFS /COUNTERCLAIM DEFENDANTS HARRY SAMELSON AND DAN ROKOVITZ'SINITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LR26.1(a)(1)

Pursuant to the Parties Report of Planning Meeting (filed July 12, 2005), Fed. R. Civ. P.

26(a)(1), and LR 26.1(a)(1), Defendant ASSOCIATION OF APARTMENT OWNERS OF

PRINCE KUHIO ("PRINCE KUHIO" or the "Association) hereby submit the following

disclosures:

## A.    FACTUAL BASIS FOR PRINCE KUHIO'S CLAIMS AND DEFENSES.

PRINCE KUHIO is simply an association of apartment owners charged with the statutory duty of maintaining common areas and administering a private condominium project. PRINCE KUHIO has no involvement in rental activities and the condominium project is not a place of "public accommodation." None of the common area facilities are open to the general public and the Association does not maintain an office or "rental counter" open to the public. Contrary to some other condominiums, PRINCE KUHIO does not maintain any type of "rental pool" nor does the Association advertise or solicit rentals. The Association has no involvement in the process of renting any unit.

## B.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO THE DISPUTED FACTS.

1.    William Hutsinpiller, President
ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
c/o The Law Offices of Philip R. Brown
1001 Bishop Street, Pauahi Tower, Suite 2005
Honolulu, Hawaii 96813-3429
Telephone: (808) 523-5900

Mr. Hutsinpiller is the Association President. Mr. Hutsinpiller may have personal knowledge of association policies, recordkeeping, and lack of involvement in the alleged rental activities. Attorney-Client Privilege applies.

2

2.    Flossy Bergum, Secretary
ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
c/o The Law Offices of Philip R. Brown
1001 Bishop Street, Pauahi Tower, Suite 2005
Honolulu, Hawaii 96813-3429
Telephone: (808) 523-5900

Ms. Bergum is the Association Secretary. Ms. Bergum may have personal knowledge of

association policies, recordkeeping, and lack of involvement in the alleged rental activities.

Attorney-Client Privilege applies.

3.    Curt Green, Treasurer
ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
c/o The Law Offices of Philip R. Brown
1001 Bishop Street, Pauahi Tower, Suite 2005
Honolulu, Hawaii 96813-3429
Telephone: (808) 523-5900

Mr. Green is the Association Treasurer. Mr. Green may have personal knowledge of

association policies, recordkeeping, and lack of involvement in the alleged rental activities.

Attorney-Client Privilege applies.

4.    Leon Osowski, Board Member
ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
c/o The Law Offices of Philip R. Brown
1001 Bishop Street, Pauahi Tower, Suite 2005
Honolulu, Hawaii 96813-3429
Telephone: (808) 523-5900

Mr. Osowski is a member of the PRINCE KUHIO Board of Directors and may have

personal knowledge of association policies, recordkeeping, and lack of involvement in the

alleged rental activities.  Attorney-Client Privilege applies.

5.      Toby Hinson, Board Member
        ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
        c/o The Law Offices of Philip R. Brown
        1001 Bishop Street, Pauahi Tower, Suite 2005
        Honolulu, Hawaii 96813-3429
        Telephone: (808) 523-5900

Ms. Hinson is a member of the PRINCE KUHIO Board of Directors and may have

personal knowledge of association policies, recordkeeping, and lack of involvement in the

alleged rental activities.  Attorney-Client Privilege applies.

6.      Mark Smith, Association Manager
        ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
        c/o The Law Offices of Philip R. Brown
        1001 Bishop Street, Pauahi Tower, Suite 2005
        Honolulu, Hawaii 96813-3429
        Telephone: (808) 523-5900

Mr. Smith is employed by PRINCE KUHIO as the association manager, serving at the

pleasure of the Board of Directors. Mr. Smith may have personal knowledge of Association

policies, recordkeeping, and lack of involvement in the alleged rental activities. The manager is

an agent of PRINCE KUHIO.  Attorney-Client Privilege applies.

7.      Elizabeth Kua, Association Bookeeper/Manager
        ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
        c/o The Law Offices of Philip R. Brown
        1001 Bishop Street, Pauahi Tower, Suite 2005
        Honolulu, Hawaii 96813-3429
        Telephone: (808) 523-5900

Elizabeth Kua d/b/a Kokua Business Services was retained by PRINCE KUHIO to assist

in management and provide accounting and document preparation/retention services. Ms. Kua

maintains all of the association correspondence files, vendor files and payment records. She may

have personal knowledge of association policies, recordkeeping, and lack of involvement in the

alleged rental activities. The manager/accountant is an agent of Defendant PRINCE KUHIO.

Attorney-Client Privilege applies.

    8.    Past Board Members
          ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO
          c/o The Law Offices of Philip R. Brown
          1001 Bishop Street, Pauahi Tower, Suite 2005
          Honolulu, Hawaii 96813-3429
          Telephone: (808) 523-5900

Former board members may have personal knowledge of Association policies, recordkeeping, and lack of involvement in the alleged rental activities. Their identities can be found in association minutes and their addresses (if ownership continues) can be found in association billing records or tax records.

    9.    Unidentified Past and Present Owners
          ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO

Past and former owners may have personal knowledge of Association policies, recordkeeping, and lack of involvement in the alleged rental activities. Their identities can be found in association billing records and their addresses (if ownership continues) can be found in association billing records or tax records.

    10.    JULIETTE PASION
          c/o Bruce F. Sherman, Esq.
          1164 Bishop Street, Suite 124
          Honolulu, HI 96813
          Telephone: (808) 599-3955

The Plaintiff may have personal knowledge of her claims in addition to association policies, recordkeeping, and lack of involvement in the alleged rental activities.

PRINCE KUHIO reserve the right to name and/or identify other liability and damage witnesses revealed through discovery and/or trial preparation. PRINCE KUHIO also reserve the right to name and/or identify expert witnesses revealed through discovery and/or trial preparation.

## C. A COPY OF ALL DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF PRINCE KUHIO WHICH ARE RELEVANT TO THE DISPUTED FACTS.

PRINCE KUHIO is not now aware of any relevant written or recorded statement(s) relating to this matter.

PRINCE KUHIO is not aware of any relevant photographs, diagrams, and videotapes relating to this matter, except those in Plaintiff's possession.

Pursuant to its obligations under Fed. R. Civ. P. 26(a)(1) PRINCE KUHIO hereby lists the following documents which are located at the offices of the Association's bookkeeping service, Kokua Business Services, 2970 Kele Street, Suite 101, Lihue, Hawaii:

1.    Declarations, Bylaws, and Articles of Incorporation.

2.    Budget and Accounting files.

3.    Account ledgers and unit files.

4.    Vendor files.

5.    Correspondence files.

These documents may be relevant to disputed facts in this matter and will be made available to Plaintiff for inspection and copying at the offices of PRINCE KUHIO's counsel at a mutually agreeable date and time.

F:Prince Kuhio/Pleadings/Initial Disclosures

**D.    COMPUTATION OF ANY CATEGORY OF
DAMAGES CLAIMED BY PRINCE KUHIO.**

PRINCE KUHIO is not seeking damages beyond recovery of its costs and attorneys fees.

**D.    INSURANCE AGREEMENT**

PRINCE KUHIO is currently unaware of any insurance agreements applicable to this action.

Dated: Honolulu, Hawaii, January 4, 2006.

PHILIP R. BROWN

Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS OF
PRINCE KUHIO

7

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. CV 04 00398 SOM LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| ASSOCIATION OF APARTMENT | ) | |
| OWNERS OF PRINCE KUHIO and JOHN | ) | |
| or JANE DOES/DOE ENTITIES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing document was duly served via e-mail and U.S. Mail to the following party at their last known address in the manner indicated below:

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii  96813

Attorney for Plaintiff
JULIETTE PASION

Dated: Honolulu, Hawaii, January 4, 2005.

_____
PHILIP R. BROWN

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

2