# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00398SOM-LEK |
| CASE NAME: | Juliette Pasion vs. Association of Apartment Owners of Prince Kuhio, et al. |
| ATTYS FOR PLA: | Bruce F. Sherman |
| ATTYS FOR DEFT: | Philip R. Brown |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/5/2006 | TIME: | 9:06-9:18 |

COURT ACTION:  EP: Rule 16 Scheduling Conference held.

1. Non-jury trial on October 24, 2006 at 9:00 a.m. before SOM
2. Final Pretrial Conference on September 12, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by September 5, 2006
5. File motions to Join/Add Parties/Amend Pleadings by March 24, 2006
6. File other Non-Dispositive Motions by July 26, 2006
7. File Dispositive Motions by May 24, 2006
8a. File Motions in Limine by October 3, 2006
8b. File opposition memo to a Motion in Limine by October 10, 2006
11a. Plaintiff's Expert Witness Disclosures by April 24, 2006
11b. Defendant's Expert Witness Disclosures by May 24, 2006
12. Discovery deadline August 25, 2006
13. **Early** Settlement Conference **(with Counsel only)** set for February 17, 2006 at 2:00 p.m. before LEK
14. **Plaintiff's Settlement proposal is due January 20, 2006. Defendant's response is due February 3, 2006.** Settlement Conference statements by February 10, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by October 3, 2006

24. Exchange Exhibit and Demonstrative aids by September 26, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 3, 2006
26. File objections to the Exhibits by October 10, 2006
28a. File Deposition Excerpt Designations by October 3, 2006
28b. File Deposition Counter Designations and Objections by October 10, 2006
29. File Trial Brief by October 10, 2006
30. File Findings of Fact & Conclusions of Law by October 10, 2006

Other Matters: Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00398SOM-LEK;
Juliette Pasion vs. Association of Apartment Owners of Prince Kuhio, et al.;
Rule 16 Scheduling Conference Minutes
1/5/2006