**ORIGINAL**

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
Pauahi Tower
1001 Bishop Street, Suite 2005
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. CV 04 00398 SOM LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **DEFENDANT ASSOCIATION OF** |
| vs. | ) | **APARTMENT OWNERS OF PRINCE** |
| | ) | **KUHIO'S MOTION FOR SUMMARY** |
| ASSOCIATION OF APARTMENT | ) | **JUDGMENT; MEMORANDUM IN** |
| OWNERS OF PRINCE KUHIO and JOHN | ) | **SUPPORT; CERTIFICATE OF** |
| or JANE DOES/DOE ENTITIES, | ) | **SERVICE** |
| | ) | |
| Defendants. | ) | Date: _____ |
| | ) | Time: _____ |
| | ) | Judge: The Honorable Susan Oki Molloway |
| | ) | |
| | ) | No Trial Date Set |
| _____ | ) | |

F:Prince Kuhio/Pleadings/MSJ

## NOTICE OF HEARING

TO:   Bruce F. Sherman, Esq.
      1164 Bishop Street, Suite 124
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      JULIETTE PASION

NOTICE IS HEREBY GIVEN that Defendant Association of Apartment Owners of

Prince Kuhio's Motion for Summary Judgment shall be heard before the Honorable Susan Oki

Molloway, Judge of the United States District Court for the District of Hawaii, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, at _____ \_\_\_.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 13, 2006.

_____
PHILIP R. BROWN
Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS
OF PRINCE KUHIO

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. CV 04 00398 SOM LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **DEFENDANT ASSOCIATION OF** |
| vs. | ) | **APARTMENT OWNERS OF PRINCE** |
| | ) | **KUHIO'S MOTION FOR SUMMARY** |
| ASSOCIATION OF APARTMENT | ) | **JUDGMENT** |
| OWNERS OF PRINCE KUHIO and JOHN | ) | |
| or JANE DOES/DOE ENTITIES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO'S MOTION FOR SUMMARY JUDGMENT

Defendant ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO seeks summary judgment as a matter of law determining that its privately owned residential condominiums are not places of public accommodation governed by the Americans With Disabilities Act (the "ADA"). As a cluster of <u>private homes</u>, these condominiums are governed by the Fair Housing Act rather than the ADA. Prince Kuhio is thus entitled to summary judgment because, as a matter of law, the ADA does not apply to it.

This motion is made pursuant to Rules 7, and 56 of the Federal Rules of Civil Procedure, the attached memorandum, declarations and exhibits, the separately filed concise statement of

1

facts, the records on file with the Court, and such other and further matters that may arise at the time of the hearing.

DATED: Honolulu, Hawaii, January 13, 2006.

_____
PHILIP R. BROWN

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO