IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. CV 04 00398 SOM LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO and JOHN or JANE DOES/DOE ENTITIES, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date an unfiled copy of the foregoing document will be duly served, via U.S. Mail upon the party identified below at the address indicated below. I further certify that a file-stamped copy of the foregoing document will be duly served on the party identified below at the address indicated below on the date of its filing or as soon thereafter that service may be completed:

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813

Attorney for Plaintiff
JULIETTE PASION

DATED: Honolulu, Hawaii, January 13, 2006.

_____
PHILIP R. BROWN
Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS OF
PRINCE KUHIO

1

F:Prince Kuhio/Pleadings/MSJ