ORIGINAL

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
Pauahi Tower
1001 Bishop Street, Suite 2005
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 3 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>   Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT<br>OWNERS OF PRINCE KUHIO and JOHN<br>or JANE DOES/DOE ENTITIES,<br><br>   Defendants. | CIVIL NO. CV 04 00398 SOM LEK<br>(Civil Rights Violation)<br><br>**DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO'S SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF LEON J. OSOWSKI; CERTIFICATE OF SERVICE**<br><br>Date: _____<br>Time: _____<br>Judge: The Honorable Susan Oki Molloway<br><br>Trial Date Set: October 24, 2006 |

F:Prince Kuhio/Pleadings/Fact Stmnt MSJ

**DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF
PRINCE KUHIO'S SEPARATE CONCISE STATEMENT OF FACTS
IN SUPPORT OF DEFENDANT ASSOCIATION OF APARTMENT
<u>OWNERS OF PRINCE KUHIO'S MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court

for the District of Hawaii, Defendant ASSOCIATION OF APARTMENT OWNERS OF

PRINCE KUHIO (the "PRINCE KUHIO") hereby submits its separate concise statement of material facts in support of its motion for partial summary judgment, which is being filed contemporaneously herein.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. The PRINCE KUHIO project contains 72 separate residential condominium units each of which is separately held in fee simple ownership. | Osowski Dec. ¶ 3 |
| 2. Each independent owner exercises full control over their respective condominium(s), subject only to the recorded declarations which require residential usage. Id. ¶ 5. | Osowski Dec. ¶ 5 |
| 3. Several condominiums are owner-occupied. Others are rented under long term lease arrangements for varying periods of time. Finally, some owners rent out their unit(s) on a short term basis. | Osowski Dec. ¶ 6 |
| 4. PRINCE KUHIO does not condone nor prohibit rental, although the declaration does prohibit time share ownership. | Osowski Dec. ¶¶ 5 – 6 |
| 5. PRINCE KUHIO exists for the sole purpose of maintaining and managing common elements within the condominium project in accordance with the recorded bylaws and applicable law. | Ososwski Dec. ¶ 2 |
| 6. PRINCE KUHIO neither owns nor leases any real estate. | Osowski Dec. ¶ 2 |
| 7. PRINCE KUHIO has never advertised, solicited, nor offered accommodations to the public. | Osowski Dec. ¶ 8 |
| 8. The association does not own, lease, or operate any type of business. | Osowski Dec. ¶ 2 |
| 9. The PRINCE KUHIO has absolutely no involvement in the rental of individual condominium units. | Osowski Dec. ¶ 5 |
| 10. None of the PRINCE KUHIO's common elements are open and available to the public, same being restricted under the bylaws for the sole use of owners and their guests. | Osowski Dec. ¶¶ 4, 8 – 10 |

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 11. There is no on-site "rental counter" operated by the PRINCE KUHIO (or anyone else), and the general public cannot purchase access to the swimming pool or other amenities from the PRINCE KUHIO. | Osowski Dec. ¶¶ 4, 8 – 10 |
| 12. The PRINCE KUHIO does not maintain any type of office on the premises, public or otherwise. | Osowski Dec. ¶¶ 4, 8 – 10 |
| 13. Any owner wishing to rent their unit is solely responsible for setting the terms and conditions, delivering keys, advertising and ensuring their tenants occupy the unit entirely in accordance with the residential bylaws and county zoning ordnances (the property is zoned R-20, Residential). | Osowski Dec. ¶ 5 |
| 14. The PRINCE KUHIO is aware that short term rentals may exist, although it has no involvement in the process and it compiles no statistics showing the percentage of short term rentals compared to units which are owner occupied or rented for long terms. | Osowski Dec. ¶ 6 |

DATED: Honolulu, Hawaii, January 13, 2006.

_____
PHILIP R. BROWN
Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

3

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, ) | CIVIL NO. CV 04 00398 SOM LEK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| ASSOCIATION OF APARTMENT ) | |
| OWNERS OF PRINCE KUHIO and JOHN ) | |
| or JANE DOES/DOE ENTITIES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date an unfiled copy of the foregoing document will be duly served, via U.S. Mail upon the party identified below at the address indicated below. I further certify that a file-stamped copy of the foregoing document will be duly served on the party identified below at the address indicated below on the date of its filing or as soon thereafter that service may be completed:

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813

Attorney for Plaintiff
JULIETTE PASION

DATED: Honolulu, Hawaii, January 13, 2006.

_____
PHILIP R. BROWN
Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS OF
PRINCE KUHIO

1

F:Prince Kuhio/Pleadings/Fact Stmnt MSJ