IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO and JOHN or JANE DOES/DOE ENTITIES, <br><br> Defendants. | CIVIL NO. CV 04 00398 SOM LEK <br> (Civil Rights Violation) <br><br> **DECLARATION OF LEON J. OSWOSKI** |

## DECLARATION OF LEON J. OSOWSKI

| | |
|---|---|
| STATE OF HAWAII | ) |
| | : S.S. |
| COUNTY OF KAUAI | ) |

LEON J. OSOWSKI, hereby declares that:

1. I am a board member for the Defendant ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO ("PRINCE KUHIO"). All statements contained herein are based upon my personal knowledge or admissible business records and I am competent to testify regarding same.

2. PRINCE KUHIO is an unincorporated association formed pursuant to the recorded declaration for purposes of administering the PRINCE KUHIO condominium project. PRINCE KUHIO does not own any real estate, does not rent any real estate, and does no advertising of any kind. PRINCE KUHIO does not own or operate any type of business. PRINCE KUHIO exists solely to maintain the building and surrounding grounds for the benefit of the individual condominium owners.

3. The PRINCE KUHIO condominium complex consists of 72 individually owned condominium units (each held in fee simple). The surrounding common areas constitute the adjacent lawn, pool and parking area. None of these areas are open to the public.

4. PRINCE KUHIO mows the grass, cleans the pool, paints the building, and otherwise maintains the project. The condominium has no facilities of any kind open or available to the public.

5. PRINCE KUHIO's declarations mandate residential usage of each condominium (the property is also zoned R-20 residential) and preclude timeshare ownership. Excepting these two requirements, individual owners exercise full control over their condominiums. Owners themselves decide if and when to paint the interior, and whether to decorate or remodel same (providing no structural changes are made). Any decisions on whether to rent a particular condominium, including tenant selection and length and terms of rental, is solely up to each individual owner.

6. Several condominiums within the PRINCE KUHIO project are exclusively occupied by their owners and are unavailable for rental to anyone on any terms. Other condominiums are known to contain long-term tenants of varying durations. Finally, some owners apparently rent their condominiums out on a short term basis (many of which owners also occupy their units for a significant period of time each year). PRINCE KUHIO has never maintained statistics on rental activities and has no involvement in same.

7. PRINCE KUHIO has no legal right to modify unit interiors even if it were so inclined. Additionally, any costs incurred by PRINCE KUHIO must be allocated to all owners as stated in the declaration (many of whom exclusively owner occupy their units).

8. PRINCE KUHIO has never advertised, solicited, nor offered accommodations to the public. None of the association's common areas are open to the public, but rather are restricted for the sole use of owners and their guests. PRINCE KUHIO has experienced problems with trespassers seeking to utilize our pool and laundry facilities, and we have posted signs and taken other steps to enforce the exclusivity requirement. Owners are further held responsible for actions of their guests while in the common areas.

9. PRINCE KUHIO has no on-site (or off-site) "rental counter" or public office of any kind. The manager's sole duty is to maintain association common areas as directed by the board and outlined in the recorded bylaws.

10. If a member of the public (disabled or otherwise) were to visit the PRINCE KUHIO condominium complex, such person would discover there are no signs or directions on the premises which would assist them in procuring lodging or other services. In fact, there are no public services available at the site. Unless the person made advance arrangements with an owner (or convincingly posed as a guest), they would be denied access entirely.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on January 10, 2006.

_____
LEON J. OSOWSKI

3

F:Prince Kuhio/Pleadings/Fact Statement MSJ