ORIGINAL

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN       6154
Pauahi Tower
1001 Bishop Street, Suite 2005
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>         Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT<br>OWNERS OF PRINCE KUHIO and JOHN<br>or JANE DOES/DOE ENTITIES,<br><br>         Defendants. | CIVIL NO. CV 04 00398 SOM LEK<br>(Civil Rights Violation)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO'S MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 13, 2006; CERTIFICATE OF SERVICE**<br><br>Date: February 21, 2006<br>Time: 9:45 a.m.<br>Judge: The Honorable Susan Oki Molloway<br><br>No Trial Date Set |

F:Prince Kuhio/Pleadings/Withdraw MSJ

**NOTICE OF WITHDRAWAL OF DEFENDANT ASSOCIATION
OF APARTMENT OWNERS OF PRINCE KUHIO'S MOTION
FOR SUMMARY JUDGMENT FILED ON JANUARY 13, 2006**

TO:   Bruce F. Sherman, Esq.
      1164 Bishop Street, Suite 124
      Honolulu, Hawaii 96813

      Attorney for Plaintiff
      JULIETTE PASION

2

NOTICE IS HEREBY GIVEN that Defendant Association of Apartment Owners of Prince Kuhio hereby withdraws its Motion for Summary Judgment filed on January 13, 2006.

DATED: Honolulu, Hawaii, January 25, 2006.

_____
PHILIP R. BROWN

Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS
OF PRINCE KUHIO

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. CV 04 00398 SOM LEK |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO and JOHN or JANE DOES/DOE ENTITIES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a copy of the foregoing document will be duly served, via U.S. Mail upon the party identified below at the address indicated below:

Bruce F. Sherman, Esq.
1164 Bishop Street, Suite 124
Honolulu, Hawaii  96813

Attorney for Plaintiff
JULIETTE PASION

DATED:  Honolulu, Hawaii, January 25, 2006.

_____
PHILIP R. BROWN
Attorney for Defendant
ASSOCIATION OF APARTMENT OWNERS OF PRINCE KUHIO

1