

ORIGINAL

LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN          6154
Pauahi Tower
1001 Bishop Street, Suite 2005
Honolulu, Hawaii 96813
Telephone No. (808) 523-5900

LODGED
FEB 1 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO

## IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

JULIETTE PASION,

      Plaintiff,

      vs.

ASSOCIATION OF APARTMENT
OWNERS OF PRINCE KUHIO and JOHN
or JANE DOES/DOE ENTITIES,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV 04 00398 SOM LEK
(Civil Rights Violation)

**STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS
AND PARTIES**

No Trial Date Set

F:Prince Kuhio/Pleadings/Dismiss Stip

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Local Rule 10.4, the parties described herein below, by and through their

respective counsel, hereby stipulate that the Complaint herein be dismissed with prejudice, each

party to bear their own costs and attorney's fees.

There are no remaining parties and/or issues.

There are no pending motions for summary judgment. This stipulation is signed by or on behalf of all appearing parties hereunder described. No Doe Defendants were identified or represented in this case.

No Trial Date has been set for this matter.

DATED:  Honolulu, Hawaii, February 15, 2006.

PHILIP R. BROWN

Attorney for Defendants
ASSOCIATION OF APARTMENT OWNERS OF
PRINCE KUHIO

DATED:  Honolulu, Hawaii, February 15, 2006.

BRUCE F. SHERMAN

Attorney for Plaintiff
JULIETTE PASION

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT; <u>Juliette Pasion v. Association of Apartment Owners of Prince Kuhio, et al.</u> CIVIL NO. CV 04 00398; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

2